UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES I. JADALLAH; RUSSELL BRUCE HUBBARD, M.D., INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:19-CV-00993-AJB-AHG<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

Pursuant to the parties' joint motion and F. R. CIV. P. 41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 26, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge

1